AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

## District of Utah

SHAN HUBSMITH,

          Plaintiff,

    v.

SECURIAN LIFE INSURANCE
COMPANY and SECURIAN FINANCIAL
SERVICES, INC.,

          Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:25-cv-00423-TC

    IT IS ORDERED AND ADJUDGED

    That this action is DISMISSED with prejudice for failure to state a claim.

July 8, 2025

*Date*

BY THE COURT:

Tena Campbell
United States District Judge